UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CORTEZ DAUNDRE JONES,<br><br>                    Plaintiff,<br><br>    v.<br><br>FIDELITY INVESTMENTS,<br><br>                    Defendant. | CASE NO. 2:23-cv-01149-LK<br><br>ORDER DEFERRING RULING UPON REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Brian A. Tsuchida, recommending denial of pro se Plaintiff Cortez Jones' application to proceed *in forma pauperis* ("IFP"). Dkt. No. 4; *see* Dkt. No. 1 (IFP application). Specifically, Judge Tsuchida recommends directing Mr. Jones to pay the usual filing fee within 30 days of this Order and to close the case if he fails to do so. Dkt. No. 4 at 2.

Mr. Jones has not filed any objections to the R&R, but on August 17, 2023, he filed an amended IFP application. Dkt. No. 9. This IFP application is deficient because it indicates that Mr. Jones has no income, no sources of money, no money on hand or in accounts, no property, and no monthly expenses.

ORDER DEFERRING RULING UPON REPORT AND RECOMMENDATION - 1

Accordingly, Mr. Jones will be permitted 30 days from the date of this Order to file an amended IFP application in this case. He must provide complete and detailed financial information, and, if he has no means of support, he must explain how he is able to meet basic monthly expenses, including food and shelter. If Mr. Jones fails to timely submit a revised IFP application, the Court will adopt Judge Tsuchida's recommendation to require Mr. Jones to pay the normal filing fee in order to continue this case.

Mr. Jones is also reminded that pursuant to Local Civil Rule 41(b)(2), pro se litigants are required to keep the Court advised as to their current mailing address. If mail is returned as undeliverable and a pro se plaintiff fails to notify the Court within 60 days thereafter of his or her current mailing address, the Court may dismiss the action without prejudice for failure to prosecute. LCR 41(b)(2).

The Clerk is directed to send copies of this Order to Mr. Jones at his last known address and to Judge Tsuchida.

Dated this 21st day of August, 2023.

*Lauren King*

Lauren King
United States District Judge