1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CORTEZ DAUNDRE JONES,

Plaintiff,

v.

FIDELITY INVESTMENTS,

Defendant.

CASE NO. 2:23-cv-01149-LK

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Lauren King, United States District Judge:

(1)  On August 21, 2023, the Court entered an order deferring ruling on United States Magistrate Judge Brian A. Tsuchida's Report and Recommendation ("R&R"), and permitting pro se Plaintiff Cortez Daundre Jones until September 20, 2023 to file an amended IFP application in this case that includes complete and detailed financial information. Dkt. No. 10. The Court cautioned Mr. Jones that his failure to timely submit a revised IFP application will result in its adopting Judge Tsuchida's recommendation that Mr. Jones be required to pay the normal filing fee in order to continue this case. *Id.* at 2.

(2)   On August 30, 2023, Mr. Jones filed a one-page, blanket objection to the pending R&Rs related to his IFP applications in the dozens of cases he has filed in this district in recent weeks. Dkt. No. 11.

(3)   Mr. Jones' August 30 filing does not comport with the specific directives outlined in the Court's August 21, 2023 Order. *See* Dkt. No. 10. He has not yet submitted an amended IFP application in accordance with that Order. Accordingly, the Court hereby notifies Mr. Jones that the deadline set in its August 21, 2023 Order remains in effect. If he fails to submit a revised IFP application in this case on or before September 20, 2023, he will be required to pay the normal filing fee in order to continue this case.

(4)   The Clerk is directed to send copies of this Order to Mr. Jones at his last known address.


Dated this 8th day of September, 2023.

Ravi Subramanian
Clerk

*/s/Natalie Wood*
Deputy Clerk